# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5001**  **September Term, 2024**

**1:24-cv-01029-SLS**
**1:24-cv-01374-ZMF**

**Filed On:** August 13, 2025

Shahnaz Haeri Mehneh and Aliasghar Nejat,

    Appellants

    v.

Marco Rubio, in his official capacity as U.S. Secretary of State and Robert Jachim, in his official capacity as Acting Director of Screening, Analysis and Coordination,

    Appellees

------------------------------

Consolidated with 25-5180

    **BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to strike briefs of amici curiae, the oppositions thereto, and the reply, it is

**ORDERED** that the motion to strike be denied.  Amici curiae have satisfied the requirements of D.C. Circuit Rule 29(d) concerning the filing of separate briefs, and appellees have not established any other grounds for striking the briefs.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk