# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5001            September Term, 2025

1:24-cv-01029-SLS
1:24-cv-01374-ZMF

Filed On: December 18, 2025 [2151098]

Shahnaz Haeri Mehneh and Aliasghar Nejat,

      Appellants

      v.

Marco Rubio, in his official capacity as U.S. Secretary of State and Robert Jachim, in his official capacity as Acting Director of Screening, Analysis and Coordination,

      Appellees

No. 25-5440

1:25-cv-01740-ZMF

Alexey Saraev and Larisa Saraeva,

      Appellants

      v.

Marco Rubio, in his official capacity as U.S. Secretary of State, et al.,

      Appellees

**BEFORE:**    Childs, Circuit Judge; Edwards and Ginsburg, Senior Circuit Judges

## O R D E R

Upon consideration of appellants' motion to consolidate related appeals, it is

**ORDERED** that the motion be denied.

### Per Curiam

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

             BY:     /s/
                      Michael C. McGrail
                      Deputy Clerk